Timothy D. Cohelan, Esq., SBN 60827
Michael D. Singer, Esq., SBN 115301
J. Jason Hill, Esq., SBN 179630
**COHELAN & KHOURY**
605 "C" Street, Suite 200
San Diego, CA 92101-5305
TEL: (619) 595-3001
FAX: (619) 595-3000

Attorneys for Plaintiffs MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ on behalf of themselves and all others similarly situated,

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS, L.L.C., PENSKE TRUCK LEASING CO., L.P. a Delaware corporation, and DOES 1 through 125, Inclusive,<br><br>Defendants. | **CASE NO. 08 CV 0318 JLS (BLM)**<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: January 17, 2008<br>Trial Date: None set |

PLEASE TAKE NOTICE that I, J. Jason Hill, SBN 179630, of Cohelan & Khoury, hereby appear in this action of behalf of plaintiffs MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ and requests that all copies of all papers in this action be served upon him at Cohelan & Khoury, 605 "C" Street, Suite 200, San Diego, California 92101, Telephone: (619) 595-3001, Facsimile: (619) 595-3000, Email: jhill@ck-lawfirm.com, and advises that all notices required by rules of court or by order of court may be sent thereto.

**COHELAN & KHOURY**

Dated: February 29, 2008

By: s/ J. Jason Hill

J. Jason Hill, Esq.
Attorneys for Plaintiffs, MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ and the putative class.

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am Over the age of 18 and not a party th this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On February 29, 2008, I instituted service of the forgoing document(s) described as

**NOTICE OF APPEARANCE**

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed February 29, 2008, at San Diego, California.

Amber Worden

Amber Worden