UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, DONNY DUSHAJ, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br>   vs.<br><br>PENSKE LOGISTICS LLC; PENSKE TRUCK LEASING CO LP; et al.,<br><br>                                    Defendants. | CASE NO. 08-CV-318 JLS (BLM)<br><br>**ORDER: (1) DENYING PLAINTIFFS' EX PARTE MOTION TO APPEND ORDER GRANTING PARTIAL SUMMARY JUDGMENT; (2) SETTING STATUS HEARING** |

Presently before the Court is Plaintiffs' *ex parte* application (ECF No. 113) requesting the Court append its Order Granting Defendants' Motion for Partial Summary Judgment (ECF No. 112). Also before the Court is Defendants' objection. (ECF No. 114.)

Plaintiffs essentially request that this Court issue a certificate of appealability of its Order, even though this decision is not a final judgment and not otherwise appealable. *See* 28 U.S.C. § 1292(b). To warrant an interlocutory appeal, Plaintiffs must demonstrate that (1) there is a controlling question of law, (2) there are substantial grounds for difference of opinion, and (3) an immediate appeal may materially advance the ultimate termination of the litigation. 28 U.S.C. § 1292(b); *see also In re Cement Antitrust Litigation*, 673 F.2d 1020, 1026 (9th Cir.1982). However, the legislative history of Section 1292(b) indicates that this provision "was to be used only in exceptional situations in which allowing an interlocutory appeal would avoid protracted and expensive litigation." *In re Cement*, 673

1  F.2d at 1026. Plaintiff has not demonstrated any of the requirements of Section 1292(b), and the Court
2  cannot find any reason that an immediate appeal may materially advance the ultimate termination of
3  the litigation. Therefore, Plaintiffs' request to append the Court's Order Granting Partial Summary
4  Judgment is **DENIED**.

5       The Court declines to address Defendants' arguments in this Order. (*see* ECF No. 114.) The
6  parties **SHALL APPEAR** before this Court on December 8, 2011, at 1:30 p.m. in Courtroom 6. The
7  parties **SHALL BE PREPARED** to discuss their plans for moving this case to a full conclusion,
8  including setting the necessary pre-trial dates.

9       **IT IS SO ORDERED.**

11  DATED: October 31, 2011

12                                     Honorable Janis L. Sammartino
13                                     United States District Judge