# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PENSKE LOGISTICS, LLC, PENSKE TRUCK LEASING CO., L.P., a Delaware corporation,<br><br>Defendants. | CASE NO. 08-cv-318-CAB (BLM)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR A WRITTEN ORDER<br><br>[Doc. No. 276] |

This matter comes before the court on defendants' motion for an order on survey evidence. [Doc. No. 276.] Plaintiffs responded in opposition. [Doc. No. 277.] For the following reasons, defendants' motion is denied.

Prior to the bench trial in the liability phase of this matter, defendants moved to preclude the testimony of plaintiffs' expert, Dr. Michael O'Neil. [Doc. No. 163.] Dr. O'Neil had surveyed class members to ask, among other things, how often they missed meal periods and whether they were required to purchase their own tools. In moving to preclude Dr. O'Neil's testimony, defendants argued in part that the survey responses were inadmissible hearsay. [*Id.* at 7-12.][1]

---

[1] Reference is made to the CM/ECF page numbers.

After hearing oral argument, the court denied defendants' motion without prejudice, finding that while the survey responses were hearsay, the court could still admit them if at trial plaintiffs were able to satisfy the requirements of the Residual Hearsay Exception, Fed. R. Evid. 807.  [Doc. No. 190 at 5.]

At trial, after Dr. O'Neil testified as to his survey method and results, the court granted defendants' renewed objection and excluded the survey evidence, finding insufficient guarantees of trustworthiness.  [Doc. No. 285 at 792:5-10.]  The court's reasoning is set forth in the trial record.  [*Id.* at 787:15 - 792:10].  Thus, there is no cause for entry of a written order.

Defendants' motion [Doc. No. 276] is **DENIED**.

**IT IS SO ORDERED.**

DATED:  April 25, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge