Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
**COHELAN KHOURY & SINGER**
605 "C" Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:   (619) 595-3000

Attorneys for Plaintiffs MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ

[Counsel for Defendant listed on following page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PENSKE LOGISTICS, LLC, PENSKE TRUCK LEASING CO., L.P., a Delaware corporation, and DOES 1 through 125, inclusive,<br><br>Defendants. | **Case No.  08 CV 0318 CAB (BLM)**<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  The Hon. Barbara L. Major<br>Dept:   Suite 1110, 11th Floor (Annex)<br>Date:   June 12, 2014<br>Time:   10:00 a.m.<br><br>Complaint Filed:   January 17, 2008 |

**TO: ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on June 12, 2014 at 10:00 a.m. before this Court, located at 333 West Broadway, 11th Floor, Suite 1110, San Diego, California 92101, Plaintiffs MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ[1], on behalf of themselves and all others similarly situated, will, and hereby do, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the Class Action Settlement set forth more particularly in the Settlement Agreement ("Agreement") attached as Exhibit "A" to the Declaration of Michael D. Singer, filed concurrently with this motion;

2) Approving the Notice of Class Action Settlement and Notice of Change of Address Form, attached as Exhibit "2" and "3", respectfully to the Agreement, to be sent to the class which will advise them of the pendency of the class action, the Settlement, the schedule and procedure for participating in the Settlement, the schedule and procedure for filing requests for exclusion of the Settlement or objections to the Settlement, if any, and of the final approval hearing date;

3) Setting a Final Fairness Hearing to consider Final Approval of the proposed settlement; and

4) Setting a hearing date and briefing schedule to consider Plaintiffs' Motion for an Award of Attorney's Fees, Costs and Class Representative Service Payments, to be held concurrently with the Final Fairness Hearing.

This motion is made on the grounds that Plaintiffs MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, and Defendants PENSKE LOGISTICS, LLC and

---

[1] Plaintiffs had envisioned filing a joint motion pursuant to the Court's April 29, 2014 Order [ECF No. 293], but have agreed with Defendants' request that the matter be presented as Plaintiffs' unopposed Motion for Preliminary Approval. Should the Court deem a Joint Motion necessary for an Order preliminarily approving the settlement, Plaintiffs request the Court provide the Parties an additional three court days for the filing of a Joint Motion by June 9, 2014.

PENSKE TRUCK LEASING CO., L.P (together, referred to herein as the "Parties") have reached a proposed settlement which they believe to be fair, reasonable and adequate and in the best interests of the class and the Parties.

The Court will take the matter under submission pursuant to Local Rule 7.1(d)(1) and no personal appearances will be required.

This motion is based on this Notice Motion, the Memorandum of Points and Authorities in Support thereof, Declaration of Michael D. Singer, the Settlement Agreement and its exhibits, and the [Proposed] Order Granting Preliminary Approval of the Class Action Settlement, filed and served herewith and any other documents or evidence which the Court may consider at the hearing of this motion.

Dated: June 5, 2014    **COHELAN KHOURY & SINGER**

By: /s/ Michael D. Singer
    Michael D. Singer
    J. Jason Hill
    *Attorneys for Plaintiffs*