UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS, LLC, PENSKE TRUCK LEASING CO., L.P., a Delaware corporation, and DOES 1 through 125, inclusive,<br><br>Defendants. | Case No.:  3:08-CV-00318-CAB-(BLM)<br><br>**ORDER ON JOINT MOTION TO PROVIDE NOTICE OF DECERTIFICATION TO CLASS MEMBERS**<br>**[Doc. No. 374]** |

Plaintiffs initiated this putative class action lawsuit in the Superior Court of San Diego County on January 17, 2008, alleging various wage and hour violations.  Defendants removed the case to this Court on January 25, 2008.

On April 26, 2010, Judge Sammartino entered an Order certifying this case as a class action, with twelve subclasses certified.  [Doc. No. 72.]  Subsequently, the Court decertified the Late Meal Period Subclass (Subclass Two), the General Meal Period Subclass (Subclass Five) and the Rest Period Subclass (Subclass Six).  [Doc. No. 362.]

1

On February 6, 2017, the Court preliminarily approved the class action settlement. [Doc. No. 372.]

On April 21, 2017, the parties filed a Joint Motion to Provide Notice of Decertification to Class Members. [Doc. No. 374.] The parties wish to send a notice to the 344 hourly appliance delivery drivers and installers who have previously received a class notice advising them of the subclasses at issue that have been decertified.

After considering the parties' joint motion, the Court hereby **GRANTS** the motion and **ORDERS** that Plaintiffs' counsel shall send the notice[1], attached hereto as Exhibit A, to the 344 delivery drivers and installers.

**IT IS SO ORDERED**.

Dated: April 28, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The undersigned has not affixed her signature to the Notice, finding it unnecessary and potentially confusing to the recipient.

# Exhibit A

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY LEE DILTS, RAY RIOS, and DONNY DUSHAJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PENSKE LOGISTICS, LLC, PENSKE TRUCK LEASING CO., L.P., a Delaware corporation, and DOES 1 through 125, inclusive,<br><br>Defendants. | Case No.:  08CV0318 CAB (BLM)<br>Crtroom.:  4C<br>Honorable Cathy Ann Bencivengo<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL OF CLASS ACTION ALLEGATIONS**<br><br>Action Filed: January 17, 2008 |

## NOTICE OF DISMISSAL OF CLASS ACTION
## ALLEGATIONS OF DRIVER/INSTALLERS AND/OR HELPER/INSTALLERS

TO:  **ALL CALIFORNIA EMPLOYEES OF PENSKE LOGISTICS, LLC AND/OR PENSKE TRUCK LEASING CO., L.P. ("PENSKE") ASSIGNED TO THE WHIRLPOOL APPLIANCE ACCOUNT IN CALIFORNIA AS "DRIVER/INSTALLERS" AND/OR "HELPER/INSTALLERS" FROM JANUARY 17, 2004 TO December 31, 2009.**

### THIS NOTICE MAY AFFECT YOUR RIGHTS
### PLEASE READ IT CAREFULLY

### BASIC INFORMATION

The purpose of this Notice is to inform you that, as a Driver/Installer or Helper/Installer, your rights are affected by the proceedings in a class action lawsuit pending before the Honorable Cathy Ann Bencivengo of the United States District Court, Southern District of California (the "Court"). This Notice is given by Order of the Court.

As you may know, former employees of Penske Logistics and/or Penske Truck Leasing Co., L.P. ("Penske") on the Whirlpool Account in California sued Penske for alleged failure by Penske to provide timely meal periods for shifts in between 6 hours and 1 minute and 10 hours, as well as a claim that Penske failed to provide rest periods to employees who worked shifts in excess of 3 and 1/2 hours.

On April 26, 2010, the Court certified this matter as a class action making you a class member of this lawsuit. However, on July 20, 2016, the Court decertified the claim alleging that Penske prohibited class members from taking timely 30-minute meal periods during shifts worked between 6 hours and one minute and 10 hours. Further, the Court decertified the previously certified claim that Penske did not provide for rest breaks or discouraged or prevented employees from taking them. As such, portions of the Class Notice you may have received in or

about October 28, 2010 regarding class certification in this case no longer apply.

## WHO IS AFFECTED

The following subclasses have been decertified:

Subclass Two: All Class Members who received meal periods more than six hours after clocking in during the Class Period, as shown by defendants' time records, dispatch logs, or other company records (Late Meal Period Subclass);

Subclass Five: All Class Members who worked shifts between 6 hours and one minute and 10 hours during the Class Period whose time records show no meal periods taken (General Meal Period Subclass); and

Subclass Six: All Class Members who worked shifts in excess of three and one-half hours during the Class Period (Rest Period Subclass).

## YOUR RIGHTS AND OPTIONS

**If you wish to pursue any claims you may still have as a Driver/Installer and/or Installer assigned to the Whirlpool Account, you need to consult an attorney and/or file your own individual claim. THE LAW FIRM OF COHELAN KHOURY & SINGER DOES NOT REPRESENT YOU FOR INDIVIDUAL CLAIMS.** The statute of limitations involving your claims did not run during the time this action was filed (January 17, 2008) through the date the Court decertified the claims but began to run again as of July 20, 2016 for the late and general meal period claims and the rest period claims.

## QUESTIONS

If you have any questions or concerns about this Notice, you may contact Plaintiffs' attorneys directly as follows:

Michael D. Singer, Esq.
J. Jason Hill, Esq.
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101-5305
Tel:    (619)595-3001/ toll free (888)808-8358
Email: msinger@ckslaw.com
           jhill@ckslaw.com

**PLEASE DO NOT ADDRESS ANY QUESTIONS TO THE COURT.**