

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mickey Lee Dilts, on behalf of himself and all others similarly situated; Ray Rios, on behalf of himself and all others similarly situated; Donny Dushaj, on behalf of himself and all others similarly **Plaintiff,** <br><br> V. <br><br> Penske Logistics LLC; Penske Truck Leasing Co LP, a Delaware corporation; Does 1-125, inclusive <br><br> **Defendant.** | **Civil Action No.** 08-cv-00318-CAB-BLM <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Court Grants final approval of the proposed settlement; 2. The Court Grants In Part Plaintiffs' motion for attorneys' fees, costs and class representative payments; 3. The Court Grants Class Counsel $225,000 in attorneys' fees and $71,419.63 in costs from the common fund; 4. The Court Grants class representative enhancement awards of $5,000 each to Plaintiffs Dilts, Rios and Dushaj to be paid from the common fund; 5. The Court Grants $12,500 in settlement administration costs to be paid from the common fund to CPT Group, Inc. Judgment is hereby entered on the terms set forth above. It is So Ordered.

Date: 6/21/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy